IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

PATRICK A. PALUMBO,

      Appellant,

v.                                                                Case No.      5D22-1872
                                                                    LT Case No. 2005-CF-006841-A-O

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed December 6, 2022

3.850 Appeal from the Circuit Court
for Orange County,
Wayne C. Wooten, Judge.

Bryan D. Savy, of Bross & Savy, PLLC,
West Melbourne,  for Appellant.

No Appearance for Appellee.

PER CURIAM.

     AFFIRMED.


TRAVER, NARDELLA and WOZNIAK, JJ., concur.